# U.S. Federal Court for the Middle District, Central Florida / Orlando

Nasra M.  Arafat (Ibrahim)                                 Civil:
Plaintiff,
    V.
United Sates Postal Service, USPS
Defendant,

## Compliant For Negligence, Misconduct, Fraud and Damages

Plaintiff's legal name format *as listed above* files this complaint as none lawyer; under *Fed. Civ. P. and R. 11(a)(b). R. 7 (a)(1),*and *R. 4(a) (b)(c ) (3)* for authorization to proceed without payment of court costs as application and its affidavit to wave it company the complaint. Complaint content and other record files supporting plaintiff's inability financial status. Compliant files against the Defendant and omitted party defendant / United Sates Postal Service, USPS due to intentional unlawful act prevented plaintiff access to her mailbox and to receive her mail by any way which confirmed identical misconduct, and conspiracy with full cooperation for scheme defraud and identity theft caused severe damages, life changes injuries, irreplaceable loss which left plaintiff without home or any financial ability to secure safe, stable livable place to stay, medical insurance or other living necessities at the time of need and retirement stage.

### *Part -I- Complaint (P. 6 of 40)*

### *Part-II- Claims against Defendants(P. 11 of 40)*

### *Part -III- Provisions of Fed., Stat. Law and USPS R.(P. 14 of 40)*

### *Part - IV- Related Cases and Record as References (P. 18 of 40)*
### *to Support Plaintiff's Claims Against Defendants (a), (b) and ( c) :-*

(a)-   New case filed on June 30, 2020 in the 17 th Circuit Court Fort Lauderdale Fl, *Civil Case No. CACE- 20-0010556, sees docket sheet progress with attachment*

*(3p.s.).* The complaint against defendants / USPS who claims omitted party in honorable court on similar and additional unlawful actions when plaintiff's mailbox locked since April 2019 at another location by the defendant USPS and its supervisor as both were summoned individually. *The reasons why it filed in state court not federal was asserted in the complaint company urgent injunctive relief*. This new case same record with pervious *date May 06, 2020* was dropped off by plaintiff on *May 07, 2020* at court door with security and clerk based on clerk direction then was missing. Plaintiff obligated to prepare all record again with new date as 06/30/2020 and file it on same day after court opened. Broward Sheriff Civil division notice indicated *"Unable to serve"* as attached also files by notice of filling. Plaintiff contacted the clerk in both (1) US Federal District Court Fort Lauderdale Fl, informed no transferee take place nor (2) there is new information / ruling on plaintiff's injunctive urgent relief thus this complaint files; when a new mailbox in opened on 09/25/2019 in Orlando which concluded that plaintiff can't receive mail.

(b)-   Two Separate Volumes (up to 300 p.s.) as 2nd volume Precede (8 of 8 p. s.) Appendixes listed related cases & Title of each evidence with its page number for details in 1st volume. The record titled as *"Identity Theft Affidavit"* and filed under plaintiff's divorce style case since 1996 as remained under previous married last "Ibrahim" as a matter of law, thus only new cases after *name change order on 10/08/2008* must have both last names as listed above for the reason asserted in content of the record. The *affidavit filed On 01/10/2019 in the 4 th DCA after appealed order asked plaintiff to hire lawyer I can't afford after I filed as former wife / respondent's petition of modification permanent periodic alimony and other pending issues / property on 12/14/2017. This alimony was ordered by NY court for $100.00 weekly, full custody of my five biological children and my NY home based on 11, eleven years excellent care, education and behavior. After relocation to Florida on 1996 everything was altered even the permanent periodic alimony which was ordered again by Florida Court on 1997 order never paid till May 22, 2009 for $734.75 a month why? it answer by new discovery false record and false undisclosed agreement by Islamic Center Board and former husband as just discover among other new*

discovery on *2018, 2019, and 2020* thus all new cases filed and was impacted due to this newly discover record for fraud, identity theft and organized crimes as recent was three car accidents hit and run in less than two months on 2015 all in Broward county; thus this record filed in the 4 th DCA when all cases was impacted. Recent record filed on *May 20, 2019*, recent record send by certified mail *on March 31, 2020 as response (32p.s) to same court 4 th DCA order dated Sep. 23, 2020.*

(c) -   Plaintiff's Legal Notice dated *08/12/2020 to IRS (6 p.s.) excluded exhibits which available for court on first legal opportunity to be disclose in honorable court. The recent discovery that plaintiff's social security for $4,200.00 on former husband who is licenses pharmacist in connection with IRS plaintiff not able to get this SSB nor fund as income for $3,200.00 a month based on IRS 1040 new forms and calculation along with Corona Virus relief; but all delivering to wrong hand while plaintiff first time eligibility pass due on March 09, 2019 when I reached 62 years old. The fraud operated through my Bank and IRS as the notice of filling and notice to IRS contents indicated with attached exhibits and forms.*

## *Part-V-Standards Review ( P. 34 of 40)*

## *Part-VI-Conclusion and Relief Plaintiff Respectfully Seeking(P. 38 of 40)*

## *Part -VII- Certification under R. 11 (a)(b);(P.40 of 40)*

[Jurisdiction Statements]

*A---Defendant United States Postal Services, USPS,*

It is US agency at *10450 Turkey Lake Rd, Orlando FL, 32819-9998* location that established by congress to achieve various public purpose for services under Federal law defines these services as a large business enterprise operated by the federal government; thus it is incorporated under laws of United States of America with its principle place in State of Florida to proceed with this matter arises by USPS unlawful actions which violated US Constitutions and Federal Statutes as cited below. The action take place where plaintiff's new mailbox located since Sep. 25, 2019 during "plaintiff temporary stay in Central Florida under [ P.O.BOX 692417 Orlando Fl, 32869 " to forwarding plaintiff's mail from her permanent mailbox  in

Broward County Fl, where plaintiff was working and still live since 1996 as the one and only mailing address for all mail since 1996 till present but was locked since April , 2019. Forwarding all plaintiffs' mail under her both last names to defendant / Orlando location was successful for few months then interrupted for no mail. There is no payment withdraw from plaintiff's Bank Statement as we both agree for renewal but the mailbox still open and no mail or payment made by any from.

B---*Omitted Party Defendant, United States Postal Service, USPS,*

It is a government agency that established by same Federal law defines same services and business indicated above thus honorable court has personal jurisdiction on this party. The agency located *at 8801 West Atlantic Blv. Coral Springs Fl, 33081* where plaintiff's mailbox is the only mailing address for her individual personal mail only under her both pervious and current last names. This mailing address indicated on plaintiff's Banks Statement, employments, court, IRS record and all others before and after plaintiff's name and signature after name change order on 2008; while plaintiff's social security and its address never change.

This only mailing address since 1996 till present under *P.O. Box 772177 Coral Springs FL  33077;* no any consent ever given to any individual or business or ever use for any illegal materials or prohibited mail till was locked since April, 2019 while plaintiff's  timely payment continuo.

C---*Plaintiff, Nasra M. Arafat (Ibrahim),*

Plaintiff 63 years old none lawyer, American Citizen since 1985 live in Coral Springs Florida, Fort Lauderdale till present since I was relocated from NY on 1996; a mother of five biological children my two youngest sons born in US on 1986 and on 1991 and all reach majority since May 22, 2009. Plaintiff has no any sort of political agenda nor have any decision involve politics even if her matter involved with government because she believe in justice and obey the law and rules which made for protection and to benefited all mankind for safe, secure, and prosper life. Plaintiff worked with different professional employers for 17 years in both states of NY as chemist, medical technologist occasionally as a mother raising five children and last consecutive 14 years after final divorce on 1997 in same Broward County

Florida with Humana Health care and last ten years with *Public School Broward County Fl since 2000/2001 school year as Substitute Science Teacher and Certified Science Teacher; plus additional part time in Islamic center community school; and earned Master Degree from US University.* Plaintiff currently unemployed since I apply for qualified position and salary on 01/02/2010 rather was unlawful termination on 04/28/2010 the case filed in US District court Fort Lauderdale on November 2011 and dismissed without any hearing, discovery under R. 26 or any other court procedures. Defendant's public school's pleadings not indicated plaintiff's pleadings with both pervious and current name as listed above as deemed legally necessary to indicate my employment record as ignored even after plaintiff request to protect her insured assets and benefits mostly listed under last name "Ibrahim" the only name she use and known with since 1985 till changed on 2008. Now school board becomes liable for new claims towards insured benefits, retirement, and all other assets with connection to none profit Islamic center full time schools where fraud and involvement in my divorce take place before opening new full time schools which become affiliated with public school under state law. Thus both board private and public listed defendant in new case and newly discover evidences and claims.  Both boards starting to show only two years employment after name change on 2008 and provided wrong record with only current name to Florida Retirement System FRS, to Social Security Administration SSA to prevent any benefits even on plaintiff's former husband who is licenses pharmacist.

*D-Plaintiff's Statement,*

I'm the Plaintiff none lawyer, I certify that I have conducted *"a reasonable investigation and legal research"* on my own as permitted by circumstances to determine that there are grounds for good faith to believe that there have been negligence, ignorance, misconduct and fraud in the care and treatment including intentional violation to my basic right which has significant impact on my life when time is vital element to cause continuous and further loss, damages and uncertain harm has direct impact on my living condition and health when any access to the one and only mailing address which for (24), twenty four years was blocked; and

*No e-mail nor internet due to fraud & identity theft*

any other way to have access to my mail was failed at the time the damage was done and plaintiff has no place to live or any medical insurance. Additionally plaintiff awarded reverse lower court decision against certified lawyer in the 4 th DCA as reported by law journal that: *"Pro se provided correct effective argument against lawyer who failed to ......."* Trail court decision continue to decline awarding any relief even when dismissal was erroneous; and when plaintiff's belongs was stolen from storage which included computer have all educational and court record, during my trip to Egypt for medical care on 2008/2009 from intentional hit on May 18, 2006 shortly before my Graduation; plaintiff was   working as substitute teacher without benefits at that time and insurance refused to pay which similar to the recent three hit and run and same fraud operation. The education record included two projects for science education standard and for special need student as plaintiff becomes target for imminent harm each time pursue happiness and to build strong foundation to be independent and for better life for herself and for all future generation and all mankind, the style case reversed but ignored by trial court was:-

In The District Court of Appeal of Florida Fourth District

CASE NO. 4D12-2629

Nasra M. Arafat , (P. M. Ibarhim)
 petitioner,
VS.                                                    L. T. CASE NO.: 09-52503(08)
1-U-haul 2- National Fire Insurance
 C/O Republic Westernr Insurance
Company & Its Co.
 Respondents (s),

 *Same operations continuo till now with same pervious technique but new defendants the USPS the newest who involved intentionally in this fraud and identity theft to cover up these pervious operations; see Part-IV-related cases as reference to support plaintiff's claims against newest defendant, USPS uncomprehending action.*

## *Part -1- Complaint:-*

1-  Defendant on *Sep. 25, 2019 provided two keys for mailbox after agreed and* accepted all requirements including completed signed application / contract *[form PS 1093, Jan. 2012 (4 of 4 p.s.) PSN 7530-02-000-7165]* with a check of

$46.00, forty six dullards / Chase Bank checking account as indicated plaintiffs' name and same primary mailbox address as since 1996. Also same account use for automatic withdraws for renewal just in case see *exhibit A1* attached.

2- Plaintiff did fill and signed two separate forms *[PS form 3575 ]* for forwarding her mail under both last names from the one and only permanent mailing address located at omitted party defendant's location, under *P.O. Box 772177 Coral Springs FL, 33077 which since 1996 but locked since April 2019.* Forwarding was successful to the new temporary mailbox in Orlando from Plaintiff's permanent mailbox in Coral Spring Fl as since 1996 which indicated on all plaintiff's record including court and employments record where plaintiff was working for consecutive (14) years and still live in Broward County Florida since I was relocated from NY Rockland County on 1996 while I'm never live or working at any other state or other County since I came legally to US on 1985. First visit to Orlando as vacation to "Disney" with my four children then again after the fifth was born which over (30) years ago. Also during higher education study as graduate student for "Global Education Seminar" many times in Disney

3- Both mailboxes for individual personal use and to receive mail under both last names based on *name change order dated 10/08/2008 exhibit A2attached; because "different pervious employment, higher education student's loan, court style cases filed before name change order and other record related to insured benefits, personal and marital assets including property still using only pervious last name "Ibrahim" as a matter of law and only new cases after name change to be asserted as listed above while both last names misused.* Plaintiff's only address since 1996 till present at omitted party location in Coral Springs FL, never change since 1996 and during forwarding her mail to the temporary new mailbox opened on 09/25/2019 during her temporary stays in central Florida, Orlando.

4- Shortly forwarding interrupted according to USPS data given by *defendant at Orlando location which* indicated restriction and request modification referred in its USPS record as COA information effective date 10/01/2019 see *exhibit A3 attached*; this was  only answer for asking where my full mail?. Later no delivery

to any mails and this new mailbox become empty. No more information rather everything is ok as the only false answer.

5- later there is no payment indicated on plaintiff's Chase Bank Statement as renewal was due on march 25, 2020 while this mailbox / Orlando still open even when there is no mail delivering. During such time there is sudden mail for two letters has my correct mailbox number but listed people's names I don't know or ever live in central Florida while my previous first two visit were thirty years ago with my four children to destiny then 2nd visit after my fifth child born on May 22, 1991 as both for vacations. The third letter has my correct mailbox number / Orlando while I'm never listed this mailbox address in this sender any record nor plaintiff ever made change address nor file any notice to change address ever in any court. Some limited places given opportunity to use either address temporarily with same clear notice; while my same primary mailing address asserted and remain active in any record to be use with disregard forwarding the mail or not.

6-  Plaintiff informed the USPS staff in both locations by person and by certified mail about this unusual circumstances and requested response why no mail? and why plaintiff mailbox at Orlando location still open when plaintiff didn't make payment in any form nor it indicated in plaintiff Bank Statement as pass due since 03/25/2020? Plaintiff asked who makes a payment and why? There was no response and Plaintiff stopped to go to this location even for other services.

7- There was contradiction between both locations when my mailbox was locked I can't open it since April 2019 while I continuo timely payment in person as 10/30/2019 see *exhibit A4 att.* for renewal till 04/30/2020, and following payment send by certified mail money order but still locked as last check was 07/16/2020.

8- After the successful forwarding interrupted for less mail then no mail; other mail was blocked by USPS to be return *back to senders as discovered in honorable the 17 th Circuit Court docket during my obligation to there in person to review court record in court computer when most of this fraud as a result of misusing* technology under my personal information including picture while plaintiff never

has any account with these social media or other use or purpose. The court envelope listed computerized false message by USPS system that: *"Ibrahim Temporally away" see exhibit A5; when* plaintiff never been outside the country since last visit to her country of birth / Egypt since 2009 over ten years ago nor live in any other state or county. Also it took four month to be send this court record then to return back to sender / court on Oct. 10, 2019 as postmark indicated which occurred when forwarding was interrupted see *exhibit A5.*

9- The defendant / Orlando location during interruption to forward my mail left notice to pick mail and other unexpected package. Plaintiff refused to accept it before knowing the senders information / address but USPS staff refuse to let me read the sender's information. The notice itself requested to be fill which is *[PS form 3849 pink, yellowish color],* see *exhibit A6 (2p.s.)* attached as two sided for (1page). Defendant asked me to sign it first before knowing who the senders are?

USPS not limited to all of the above unlawful actions but also the serious mail plaintiff sending not deliver as response on false toll violation, to Tallahassee for SSA issue and to other sources which many I can't reach in person; the tracking informed that some mail including toll false violation send by certified mail not delivered and stopped at USPS location in Miami Dade County where both car insurance located in pending case for three hit and run on 2015 when today technology can put any car picture at any location the wrongdoers want to be because I didn't use toll. Also my car which fully damages and not drivable stolen in this condition after these hit and run and police refused to make police report.

10- Also same county involved previously on Jan 08, 2007 with my electric bill by using my mailbox as full address but the service address without a city name which later it confirmed that similar address located in Miami Dade County including the FPL under General Mail Facility while I live in Broward County there was no answer where is the City name beside my address plaintiff have record / file marked question need to be answer this one of these issues which no longer mystery as all connected also to *Department of Financial Services* where plaintiff is only insured and policy holder  with timely filled claim which under

"Ibrahim" but the wrongdoers / the Insurance choose  to use current last name and ignored the original record which consistent with return mail back to sender / to court which under "Ibrahim" see exhibit A5 attached. Also other dispute when $180.00 deposit unusual and never return see *App. Exhibit B2-6* to confirm that my mailbox address belong to plaintiff under both last names and false address created to cover this fraud and to impact my identity to put any assets in wrong hand as confirmed through DFS and the receivers who is located in Miami Dade county who its office refused to give me requested record nor to meet with me to provide my record to reach solution while there was connection with former husband and the Islamic center to proceed within this fraud and to impact even my career till we are here now I can't even get access to my mail as simple right. Using technology impossible when even my phone was misuse and severely impacted to cause problem I can't even contact radio station.

11- The requested USPS supervisor came out of his place of task without any ID or USPS uniform to tell me that: *"what you want me to do…."* at Orlando location as stated: *"what you need me to do !"* when I asked the questions above the answer again stated: "No everything is OK and all mail delivering to you… "; plaintiff have to leave and never back to this location when any response has no sense nor consistent with the truth and involved financial matter why the mailbox open and no payment as we agreed and set for?. Also I don't know who I'm talking to as he came outside in general public area open 24 hours inside the USPS building. Also no answer from other authority inspector as contacted towards these issues based on my Bank statements in my position with same account and address given to USPS for electronic withdraw as listed in plaintiff's personal check given for renewal as due on 03/ 25/ 2020? Who making payment and why? I started to go to other USPS offices to send mail or money order.

*__As a result:__ There was no communication or response on court record and orders or to all agencies, entities, or other business. Plaintiff has no stable, safe secure permanent residence for livable living and to be use as address. Plaintiff's mailbox is*

*only one way and path more than ever before to be able to survive.* The damages continuo from worse to worst due to corona virus crises at the time of need to her own assets and property in the hand of wrongdoers; also there is no any medical insurance or other living necessities when nobody around during the retirement stages. Therefore mail services *for sending and receiving mail becomes essential and primary assistant to most of us when we get older even if we have safe, secure permanent home which plaintiff didn't. Other damages asserted below when plaintiff obligated to travel twice on same matter after the new case record on same issues was missing to file it on 06/30/2020  provide to court in Fort Lauderdale what USPS can simply sending and delivering then when plaintiff come back to find her rented room in Gator Inn Motel occupied and refused to give plaintiff belongs including her computer and printer all this distraction and loss can be avoided even this temporary stay out of town as such surly unnecessary in first place.* There is further and uncertain risk, damages, and more delay for any relief as yet no mail from any agency on plaintiff's mail send to assorted sources can't be reach in person.

## *Part-II-Claims against Defendants*

*Defendant's Actions Justifies full Liability for Following Claims:-*

A-  Both defendants at both locations indicated direct intentional unequal treatment and services justify unlawful discrimination *because of plaintiff' race, religion belief, sex and age under Equality Act 2010 and violated Title VI and the crime Control Act as plaintiff treated unfairly and differently from other people owned similar mailboxes and same services which plaintiff previously have without any problem till her last name changed.*

B-  Negligence and ignorance to plaintiff's basic right and to her property and without response on her requests verbally, certified mail and in person.

C-  Mail theft and unlawfully involvement to cover up and facilitating fraud and identity theft.

D-  Fraudulent intentional operations to handle and control plaintiff's entire mail for seven months since April 2017 then later locked plaintiff's mailbox since

April 2019 then stopped successful forwarding to new mailbox open on 09/25/2019 in Orlando for no mail.

E- Sloppy tasks and careless to important USPS forms and Guidelines to serve customers with respect to their personality, their right and belongs.

F- Unlawful delivering and forwarding plaintiff's mail to another unknown business address who involved with plaintiff stolen property and in financial fraud through Insurance, IRS, and Islamic center Sunrise Fl, who is defendant in new cases then informing that: *"change address in business location can't be done unless by this business administration"* even when plaintiff full personal information used; thus plaintiff suspected these business after discovery of new record and evidences there more just discover on 2020 which involved my own Bank which I have account with since 1996 "Chase JP. Morgan "which has trust fund during divorce under undisclosed agreement involving Islamic center, plaintiff's property and former husband. These addresses as plaintiff was working part time in same Islamic center community school see App. (4 of 8p.s.) exhibit B1-4 (7 of 9 evidences from my employers).

G- Involvement in fraud and conspiracy caused significant damages, hardship, no place to go or any financial security to hire lawyer to defend and to prevent what plaintiff go through till now. Defendants facilitated unlawful operation to cause vital harm including no any clue about wrong and false record send by wrongdoers similar to what discovered by her Insurance agency " Free Way" during unexpected forwarding. Same insurance increased the rate without record which the only way is false record for accident never happened.

H- Defendants violated their own rules and Contract for Mandatory disclosure to USPS Guideline and information to be Available and applied for Postal services Operation under its Manual, POM.

I- Defendants violated standards rules design specifically for mailboxes customers at retail or lobbies pursuant to POM 141.422 as prevented plaintiff access.

J- Defendants not only failed to make its own mandatory information available to plaintiff / or to public under POM 126, 126.43, and 125.343 but also to inform

plaintiff if and only if there is certified mail send by postal office to plaintiff to any of street address <u>pursuant to POM 841.72</u> with disregard if exist in file or plaintiff no longer at this address or never been at these address to prevent such fraud and loss in first place. Plaintiff provided to defendants all information and record about her circumstances including the hardship, instability living and no stable secure home and this mailbox is one and only address.

K- Defendants in related cases aggravated and created this recent action through USPS was sever retaliation and conspiracy against plaintiff when she started to seek her personal and marital assets in court and in other agencies for insured benefits. Plaintiff not seeking punishment rather seeking justice and relief from her own assets and property. The severity of these actions left plaintiff without any address and continuo to stay at hotel or motel based on lower rate by God mercy and donation from different places.

L- defendants violated not only federal and state law provisions but also humanity rules as born with all of us before manmade law as established when humanity started to be diminish by wrongdoers which we have to pray for them and thank God by giving his guidance to other to differentiate right from wrong, to keep peaceful atmosphere, to tolerate our differences and assist one another as human begin for as one human family for same species as all God's creations.

M- Defendants' irresponsible as invasion action to stopped forwarding caused significant harm to prevent any access and communication in order for plaintiff to get any relief and to secure safe livable home, medical insurance and all living necessities. Plaintiff experiences life changes inquires while her salary as chemist on 1991 in NY was $545.00 net weekly see *App. ( 4 of 8p.s.) exhibit A3. Today plaintiff can't have even her mail and no response or reason? Is worse than slavery treatment and intentional emotional abuse; how this could happened and in US and for senior citizen who enjoy assorted assistant in Federal and State level to reach the bottom of unthinkable for sever invasion and violation to all plaintiff's rights including property and her own children?. Defendants recently voluntarily joint these operations which started since 1996 under false record and*

*undisclosed agreement. Defendants liable for intentional act to cause harm has vital consequences on any citizen not only loss, damages but also emotionally and at the time of need at retirement stage?*

All pervious harm and impacting my career was because plaintiff applied for qualified position and salary which lawfully enforced by the principles and guidelines of Department of Education, Labor, Scientific Research and Scientific Higher Education and Experiences in any System all over the world as mandatory in order to implementing new innovations to solve problems and discover new tolls for better life and good health. These problems which whole world facing and accordingly unacceptable and dangers behaviors, and loss which I continuo to reported formally and verbally (15), fifteen years ago when our world will face further and new problems which all can be solve through science education at the adolescent stages in and within Education field to shift human begin brains for good not for bad and beyond when these brain under development and these children not reviewing proper curriculum who some need and other not due to different barrier in our societies based on real experiences and research, see App. exhibits B1-4(1-9)

## *Part-III- Provisions of Federal, State Law and USPS Rules were Violated by Defendants*

*The above Part-I- complaint (1-11 paragraphs) and Part-II-claims against defendants ( A-L sects'.) consistent with one another to justify defendants' violation of the following law provisions:-*
*(a)Federal laws.*

Prohibit mail theft, obstruction of mail, and mail fraud. Theft of U.S. mail is a federal criminal offense punishable by fine and/or imprisonment under two federal laws: *(1) 18 U.S.C. 1708* makes it a crime for anyone to steal U.S. mail or unlawfully possess stolen U.S. mail; and *(2) 18 U.S.C. 1709* makes it a crime for Postal Service employees to steal U.S. mail. Obstruction of U.S. mail is also a criminal offense under two federal laws*: (1) 18 U.S.C. 1701* makes it a crime for anyone to knowingly and willfully obstruct or retard the passage of U.S. mail; and *(2) 18 U.S.C. 1702* specifically prohibits anyone from taking U.S. mail from post offices, mailboxes, and

letter carriers before delivery to the addressee with the intent to obstruct the correspondence or pry into the business of another. Mail fraud is prohibited by a federal law, *18 U.S.C. 1341*, which makes it a criminal offense for anyone to use the U.S. mail in any scheme of fraud.

The legal research indicated that the mailbox is place to secure mail as stated: *"Whether changes are needed to the law that essentially gives the U.S. Postal Service exclusive access to mailboxes (18 U.S.C. 1725)".* [*The Postal Service believes that this law, generally called the "mailbox restriction," is needed to protect postal revenue, facilitate efficient and secure delivery of mail, and promote the privacy of postal customers. Some major competitors of the Service believe the mailbox restriction law should be repealed because, in their view, it is unnecessary, unfair, and adversely affects their delivery operations*. Whether it apply to other legal languages or not but plaintiff has full right on merit to have access to get her mail and right for her assets including property when such actions impacted not only plaintiff's courts cases related to her assets but also other matters can't be reach by other way except mail service.

Defendants ignored plaintiff's request to know why she can't have access to her mail as basic right has serious impact due to plaintiff's pending cases all for financial relief. Defendant's ignorance violated their own rules and *Freedom of Information Act, FOIA* to know why plaintiff can't have access to her mail or where her mail is. Also as common sense if this mailbox since 1996 then why same key can't open same mailbox? It is OK to any action done purposely but is not OK not to know the reason when payment and any update made on time and there is a question customer asked may be there is excusable reason. Therefore all actions become dependable elements on one another to build falsehood foundation consistent with discovery fraud operations against divorce woman in all cases to swipe her entire life investments build within 35 years work and sacrifices.

*(b) USPS rules,*

The USPS omitted party defendant employees at Coral Springs FL location intentionally try to handle plaintiff's mail over the counter at customer service area

*No e-mail nor internet due to fraud & identity theft*

after her mailbox was already locked and the question why you can't put it in my mailbox as usual?; still there was no answer. Same location altered her personal information in computer system as the message stated: "the *information I entered and mailbox number incorrect contact your postal office location" while plaintiff was using the machine in same location.* Plaintiff was entering her name and box number reflecting what in her file in this postal office and its application and contract then last name updated on 2008 and other record to be able to receive any mail under both last names thus she tray under both names nothing work as *plaintiff treated as not exist nor count.* These actions violated defendants their own law POM 126., 126.43 *as stated: "must provide customers access to PO Boxes and self services equipments also that customers safety and security provisions are deemed adequate by inspector service" plaintiff did everything she could based research and investigation may be there is something wrong from* her side but never found nor there is notice with her correct name and mailbox No. to know what's wrong maybe she mistakenly violated any rule and didn't know or maybe there is excusable reason can be corrected while she is not stranger nor illegal immigrant rather very well known in community, visiting all Broward County Middle and High schools for long years and attending her religious services regularly.

*Title VI and the crime Control Act:* Plaintiff treated unfairly and unequally than all other customers who have access to their mail or / and provided with proper information and direction to get their problems solve if any which justify defendant intentional unlawful action for violation of *Equality Act 2010.* Defendants unlawful direct discrimination *because of plaintiff' race, religion belief, sex and age.* Also Coral Springs police refused to provide report as informed since 2017 for no mail and to file identity theft thus the identity theft affidavit made after recent target for immanent harm on the road three times one of them on I-95. Later my fully damage disable car stolen and police refused to provide police report *see App. Police section.* (c) *State law,*

Defendants violation to Federal law and their own rules law to involve and to facilitate this fraud and identity theft which impacted plaintiff all insured assets

stolen property knowing where these address are and delivering mail under plaintiff's personal information to these address which violated the 2011 Florida Statutes chapter 817 sec. 034, *Fla. Stat.817.034 "Florida Communication fraud Act" fraudulent practices and its subdivision (4) offenses  S. 775.082-775.084* while determination will be depend on discovery procedures after defendants disclosure for the address used plaintiff's personal information and to return back plaintiff's mail.  The evidences started to be discovered with evidences was after the three hit and run on 2015 then other new record discover when I apply for social security Benefits on former husband in 2016 as insurance refuse to pay even medical costs or for other insured benefits at the time of need, See *Brinkerhoff-Faris Trust & Sav. Co. v. Hill, 281 U.S. 73 (1930).*,"also to protect fundamental of individual liberty and private property, including the right to be heard see *Ownbey v. Morgan, 256 U.S. 94, 111 (1921) [ due process] restrain state action whether legislative, executive or judicial".*  Defendant's acts was to cover this fraud after was discovered through the Islamic center community and her insurance where plaintiff's personal and marital assets including property located. The USPS delivering mail under former wife's personal information and unlawful secret trade as discover on 2018, 2019, and 2020.

The defendants in this case and defendants in related cases ignored plaintiff any right to pursue happiness and to live normal life and acted against plaintiff's each and every right. Ignored to provide reason and / or to work together to fix any issue to resume normal respected services not to impact and misled the entire justice system. No mail cause delay for any relief impacted insured protected martial and personal assets including property by using other address for mail and USPS staff informed only administration can make change to my own mail address when done to operate fraudulent financial operation. Also towards modification of former wife permanent periodic alimony which still pending appeal since the petition filed on 12/14/2017 after appealed order in the 4 th DCA asked former wife not to file anything in court till hiring lawyer she can't afford as certification of mandatory disclosure forms approved by supreme court indicated as former wife filed all requirements. Also appealed order has previous record for pervious

modification and orders entered based on undisclosed record back on 2012/2013 not only its content was questionable but also there was no standard hearing nor answer to my request and objection that is not reflect former wife case but final order entered. This order for pervious modification was by former honorable / Laura Watson who has court case and lawyer to defend her *as reported in Daily Business Review, dbr An ALM publication VOL 61, No. 44 dated Feb. 20,2020* . The appellate court still close and no other way to communicate with court on the new petition filed in family trail court on 12/14/2017. The appealed order filed on Nov. 2018 as family court asked former wife to hire lawyer she can't afford. All cases was already delay then defendants actions caused further delay and accordingly assorted damages and further harm from both sides when these actions *inconsistent with fundamental principles of due process clauses see Nelson v. Adam USA Inc* to protect plaintiff's right in any matter in other cases as former wife's right to her assets and property under **Fourteenth Amendment** and *Fla. Stat. 61.08 and 61.08 (3.;)*also deny pleadings without hearing even when I was seeking purchase or maintain a life insurance policy to secure my $734.75 alimony and yet no relief after my petition to modify my permanent periodic alimony still pending as impacted by this fraud, see Fla. Stat. § 61.08(3); *Sobelman V. Sobelman*, 541 S0. 2d 1153(Fla. 1989). Plaintiff's retirement and other assets severally impacted by further delay after defendant's action as blocked plaintiff from receiving any way.

## *Part - IV- References by Related Cases and Record on Support of Plaintiff's Claims*

(a)- New case filed on June 30, 2020 in the 17 th Circuit Court Fort Lauderdale Fl, *civil style case No. 20-0010556* against USPS on same matter with additional unlawful actions and claims till plaintiff's mailbox locked on April 2019 by defendants who listed omitted party defendant in honorable court. The reasons why it filed in state court not federal was asserted in the complaint company urgent injunctive relief. Same record with pervious *date May 06, 2020* was missing after was left on *May 07, 2020* in court lobby based on clerk direction. Plaintiff obligated

to prepare all record again and file it on 06/30/2020 by plaintiff after the court opened. The docket sheet and Broward Sheriff Civil division notice indicated "Unable to Serve the Summons" as (3p.s.) as files by notice of filling in honorable court. Plaintiff contacted the clerk in both (1) US Federal District Court Fort Lauderdale as informed no transferee take place nor (2) there is new record or ruling on plaintiff's injunctive urgent relief from the 17th circuit court to have access to her mailbox and to return plaintiff's mail nothing new and no any further communication, with court which based on her ability physically and financially; thus this complaint files in honorable court to expedite reasonable relief.

(b)-Two Separate Volumes (up to 300 p.s.) as 2nd volume Precede (8 of 8 p. s.) Appendixes listed related cases & Title of each numeric evidence. Both volumes title under *Identity theft Affidavit* and filed in the $ th DCA under plaintiff's divorce style case since 1996 as remained under Pervious Married Name "Ibrahim" only but new cases filed after name change on 10/08/2008 must have both names as listed above. The record filed on 01/10/2019 in the 4 th DCA after appealed order file with notice of appeal on Nov. 01, 2018 asked plaintiff to hire lawyer I can't afford and bared plaintiff from filing any pleadings. The appealed order after former wife / respondent's petition of modification permanent periodic alimony and other pending issues / property filed on *12/14/2017* which was ordered by NY and Florida Courts while all cases impacted due to this newly discover record for fraud, identity theft and organized crimes; additional record filed *on May 20, 2019* in same case and court the 4 th DCA. This record for Fla. Fam. L approved forms by Supreme Court with new evidences filed by notice of filling after trail family court refused to file it while former wife was following the 4 th DCA order which deny plaintiff's motion for temporary relief and directed to be file in trail family court and to return jurisdiction to family court for relief requested.  Plaintiff obligated to go back to the 4 DCA to file this record after trail court clerk refuse to file it which against law.

(c) -Plaintiff's Notice dated *08/12/2020 to IRS (6 p.s.) files by notice of filling which excluded the attached exhibits to be disclose to honorable open court. These references (a),(b), and (c) supported plaintiff's claims against defendant's full involvement to*

*facilitate fraud, identity theft and organized crimes to prevent any relief to cause*
*further damages, irreparable loss, and uncertain harm as follow:*

1---Both defendants paralyzed and delay the expected relief after disclosure of
newly discover evidences, application to her insured and retirement benefits and
seeking justice for her personal and marital assets including property which has
direct connection with USPS actions to cover up its address. Also the mail becomes
the only venue to receive any mail during these recent extraordinary circumstances.
Forwarding plaintiff mail to new mailbox opened on 09/25/2029 in Orlando was
successful then intentionally interrupted after very short time as asserted in *part -*
*1-, paragraphs 1-, 2- and 4- see exhibits A1 and A3.* During this interruption
plaintiff received mail under her both last names and new discovery was for new
fraud to cause harm and loss through my insurance and its local agency. The
discovery clear indicator on *" Scheme to Defraud"* to cause harm, to unlawfully
suspend plaintiff's drive licenses and for losing what plaintiff seeking in court as the
new cases indicated including the case style for modification of alimony and pending
property matter which plaintiff's mail delivering under her correct name format as
her legal address while plaintiff was tortured unlawfully under another name
format from this address same technique repeated through following insurance at
another address new building where the land involved former husband and the
Islamic center schools board using plaintiff's personal information which altered in
USPS to incorrect name format.  Defendant / USPS along with plaintiff's own
insurance [ Progressive] and her local agency *"free way insurance"* at Margate Fl;
can cause further harm when driving with suspended DL has additional
consequences.  This same pervious methodology to destroy plaintiff's record and
reputation during divorce crises even if there is no accountability based on the facts
and evidences but the intention is to cause harm to impact plaintiff's reputation in
society to cover illegal financial fraud and money laundry which another
sophisticated methodology to kill former spouses see *App. Exhibit B1-4 (4-9 of 9p.s.)*
*and B5-1(1-6).* Other new evidences discovery confirmed how plaintiff drive license

misused previously and by these insurance companies and its local agencies. The recent discovery the local insurance agency at Margate FL, changed insurance record under my personal information with new location at another County / West Palm Beach FL, which plaintiff never work nor live at this county nor any other county or state except NY. Same agency repeated same act which using another card or electronic payment to pay for my insurance on same time I'm making payment by another form see pervious evidences *App. Exhibits B5-4*; the new discovery for following recent for progressive and its "free way insurance" local agency need to be added in new 3rd volume.   Additional county Miami Dade County Fl, involved in these series of fraud and identity theft as its recent involvement in pending case against my Insurance MGA Gainsco Insurance for three hit and run on 2015 pervious one which involved plaintiff personal information and her mailbox address with another address in *Miami Dade County see details in 1st volume with App. Exhibit B2-6* which has direct connection to this mailbox and the new discovery for returning back to court on 10/10/2019 *see part-1-, paragraph 8, exhibit A5 attached.* This scheme to defraud every time involved my insurance either targeting plaintiff to hit her car as occurred on May 18,2006 and on 2015 three times in less than two months see related cases App. ( 3 of 8 p.s.) case No. (6) or by false record and misusing plaintiff's personal information with different form of payment at the plaintiff making her own payment based on her record / evidences. The new operation and using USPS predict false unknown action to cause harm when my insurance increased and no mail to know why rather the free way insurance verbal order to pay or otherwise!.  Plaintiff's mailbox locked during new fraud operations discovered during forwarding. It was to suspend my DL falsely; other indicated two policies under my personal information.

2---The USPS recent action was to facilitate and cover up this fraud and to altered plaintiff's identity by using another address to deliver the insurance mail with correct name format for full benefits to these household at residences address plaintiff never have business with them or know them; or business address where she was attending her religious services or / and working in community. The new

discovery confirmed by evidences after the three hit with involvement with plaintiff's own Bank as confirm by new evidence just discovered on year of 2020 as proceed through the Bank "Chase JP Morgan" and the defendants in pending cases for extreme financial fraud operation under plaintiff's correct name format and her SSN. The mail delivered under new incomplete incorrect format to deny even medical costs which delivered to plaintiff's mailbox under incorrect (Nasra Arafat) including incorrect medical record.  Also on April 2017 the same mailbox was open but no mail when essential mail from IRS and other agencies was expected and Coral Springs Police refused to provide a report. Also plaintiff's car VW 2000 which disable and fully damages after three hit and run on 2015 but stolen; later I got [Pay By Toll] violation at the time I don't know where my car is and the car fully damages why old damaged car the questions was it stolen and why police refused to provide stolen car report?. These issues with evidences reported in pending related cases as plaintiff obligated to report in her notice to Sheriff internal Affair.

3---Plaintiff's following recent insurance " progressive insurance" by phone and its local agency *"free way insurance"* Margate FL, continuo to give verbal amount in person for new payment renewal even after I informed both that I'm not receiving any mail. The verbal amount was increased when *I have neither any accident nor citation to violate and never touch any car or caused accident since I came to US on 1985 for 35 five years rather I was hit intentionally as first on May 18, 2006, and hospitalized for five days after Sunrise Fl, police department new Truck 4 X 4 passed stop sign; the case against state farm and Cardinal for property loss and injuries even medical costs was dismissed then affirmed by the 4 th DCA* Case No: 4D11-713/ L. T.  No: 10-19629 (13), Nasra M. Arafat (Ibrahim) / Petitioner,  V.   State Farm Insurance Co., Craig   and Cardinale and Andrea Cardinale /  Respondents.

4---*plaintiff's medical bill or recovery of my property loss never paid while the insurance was involved towards property at Islamic center in same City of Sunrise where the police's car hit plaintiff was same City of Sunrise which was shortly before my graduation. Same exact harm occurred for three hit and run on 2015 in less than two months see this pending style case, see App. (3 of 8 p.s.) case No. (6) Plaintiff*

_currently has no access to any court record and any relief delay because of USPS_
_unlawful action when the mail is only way to respond on court record and orders._
Plaintiff was target for immanent harm to cover this history of fraud and Mail
delivery is the only way within these extraordinary circumstances to follow up and
expedite court procedures to be able to set standard hearing and to present and
examine evidences to reach reasonable and fair determination for all parties.

5---Therefore urgent relief becomes in and within this honorable court jurisdiction
while newly discover record from federal and state _agencies see App. ( 5 of 8p.s.)_
_exhibits B1-6 to B1-8) my employer record  ( 4 of 8 p.s.) exhibit A2-A3, App. ( 6 of 8_
_p.s.) Sec. -3-exhibits B3-[B3-1 to B3-8] for recent social security record._ The discovery
for wrong record and recorded application which plaintiff never did was found in
_Social Security Administration, SSA_; when plaintiff apply for disability on 2016 on
former husband credit as mine still have problem with both schools board see
related cases _App. ( 3 and 4 of 8p.s.)._ I went on June -2016 to SSA when and I have
no any insurance after three car accidents hit and run on _May 09, June 24, and July_
_04, 2015_ when 2nd hit was on I-95. My insurance ignored me as not exist which
similar to pervious case against States Farm and Cardinals _on May 18, 2006_ as
dismissed by court when there is no need to go to court for medical costs and when
the policy guideline and all papers and forms send timely and efficiently. I have to
live with all sort of pain and suffering till now because I considered not exist under
identity and name format designed by defendants. Recently the USPS intentionally
facilitate this fraud and to alter plaintiff's identity and refused to response and
correct her information which prevented her from using automated services.

6--- Since April 2019 till now plaintiff did everything she could after she was
obligated to go in person to court to be able to response on court record and orders.
Plaintiff no longer can have any replacement to have communication with any
source to any of her matter for relief while I'm recovery on my own with God help
and his miracle as survivor. Also I filed complaint through _USPS inspector general_
_through phone No. 1800-275-8777_ who informed that: _"this location should give you_

_accesses go….. back to them"_ which not working for enough time; other authorities contacted including Federal Trade Commission by certified mail.

Plaintiff obligated to travel as August 09, 2019 in my way to Tallahassee because State Attorney General Inspector / Ashley Moody's office informed that my certified mail for my complaint regarding my social security benefits as speedy way for relief than court not delivered on other hand Social Security Local Office, SSA plantation Florida asked me not to go back and I have to proceed by mail before and after Corona crises see App. (6 of 8 p.s.) _sec.-3-exhibits B3 SSA section_. Plaintiff did wait till reaching 62 years old as on March 09, 2019 and did send all record again with all requirements before 03/09/2019 and again on year of 2020. It was same record which was provided in person on 2016 with new dated notices. Social Security message to use mail service when plaintiff have no access to any mail as asserted in part -1-complaint _paragraphs (2) and (3)_ nor I can use neither phone nor technology which makes the situation worse. In person becomes mandatory obligation due to this fraud operation for so long then locked my mailbox and any other unlawful actions prevented any access to my mail when other sources impossible to be reach in person. Therefore I obligated to travel to get faster relief through SSA also as senior citizen who has assorted benefits on state and federal level. There is adequate record for absolute relief from my own assets as indicated in pending cases record, divorce, Banks, employers record beside for former husband's record who is licenses pharmacist which all send to SSA local office in Broward county Plantation FL also other and different SSA office based on Florida Governor's letter direction which all send on 2019 and again 2020. I wasn't able to go to Tallahassee after health condition and to focus on how to secure safe place to stay while I'm recovery on my own from these multiple injuries. Additionally I remained between Fort Lauderdale and Central Florida to avoid any kind of retaliation and to maintain my health as first priority when no any medical care. All these issues can be done by mail and through forwarding which was successful at the time the mailbox was locked then sudden invasion occurred by USPS during my temporarily stay in Orlando to prevent any mail any where I stay or live,  see

*part-I-paragraph no. ( 4 ) and its exhibit A3 and A8 attached. Having access to my*
*mail become impossible at the time the mail become only way to communicate and*
*receive important mail not only for plaintiff but also to whole world especially after*
Corona virus crises which caused further harm and damages also delay any relief
from any source. In person services including court become limited and plaintiff
can't use technology, phone or video zoom system which where the fraud committed.

7---Plaintiff left without secure home to live or safe, stable and livable place to stay
and without any medical insurance which caused further harm and loss. Plaintiff
remained under mercy of donation to secure hotel / motel room which not stable as
based on many factors. Plaintiff was locked out for none payment on March 2019
during the period everything was closed. Plaintiff depends on donation to pay
$200.00 two hundreds dollar weekly rate motel. Plaintiff obligated to travel again to
Fort Lauderdale due to missing the new case court record against omitted party
defendant / USPS in Coral Springs FL, see the docket filed by notice of filling.
Plaintiff dropped off its record dated May 06, 2020 on May 07, 2020 with clerk and
security at the door as court was closed. Plaintiff obligated to travel again and
prepared it again with new date 06/30/2020 as filed on the same date. After plaintiff
back on July 18,2020  to find that her rented room at Gator Inn Motel occupied and
refused to return my belongs including my printer, computer, cloth, dry food and
other home good. Police asked me to go to court and have the report from court
which unusual task and I need to file case because my computer and printer is
serious matter which has all my personal information and any legal or not legal
record also entire pictures for me, my family and my five biological children.

Later the newest discovery that Management who I'm never see or know
them before in my life has connection with Broward County Fl, parties who involved
in this fraud including the insurance in pending case for hit and run and
Department of Financial Services where the wrong receivers located in Miami Dade
County Fl, also have connection and tie with plaintiff's former husband. I have no
any business with any of this motel owner, management or anybody else. I'm never
use this Motel address for any purpose and a copy of my US passport which I

renewed on 11/07/2019 was given to them as ID see my notice dated *08/12/2020 to IRS (5 of 6p.s.) section #11, 3rd Paragraph and section # 7, 5th. .These full underline paragraphs essential as was first step to start this destruction for peaceful family atmosphere; how mother and her five biological children misplaced after 11 years stability with full care and excellent behaviors paying a price for this fraud since I relocated from NY on 1996 to Florida then again after she repaired all damages and rebuild her career with higher education degree for better life and to be independent*. Even so plaintiff believe there is court of law for fair and reasonable justice to bring all assets back but newest defendants / USPS attempted to not only delay everything but also new loss and damages as recent by Gator Motel which shattered my stability which I need when I'm recovery from assorted injuries and obligated to travel due to urgency of this matter by USPS both locations. These circumstances could be simply prevented if defendant at Coral Springs location treated and provide normal proper services equal to what defendant providing to all other or if forwarding the mail continuo or know the reason to fix the problem if any?.

8--- Plaintiff has no any other way to survive nor she have home as stable safe residence to be her permanent residence address when the mail service is only path due to these circumstances since divorce which was the motive to have this mailbox see *App. Exhibits B1-5B ( 1 of 3 p.s.)* as former husband used my personal information in his pharmaceutical business in Florida with AT & T phone company asking me to pay $2,704.03 while I was full time mother since I relocated on 1996 and when he left me with my five children over a year to Florida since 1994.  Due to this pervious historical fraud and recent newly discover record for fraud, identity theft and organized crimes along with new crises due to corona virus the mailbox was and still primary service for plaintiff but severely impacted unfairly by unusual significant vital harm, invasion and unlawful hold to my belongs. These damages and loss could be simply avoided if plaintiff's mail deliver and / or forwarded send by same proper way and treatment likewise all customers who have same mailboxes

9---There is further and uncertain risk, damages, and delay for any relief when mail services only way to communicate with court and all other matters. Plaintiff's

mail still in defendants' position over a year as since April 2019 thus plaintiff obligated to seek urgent relief from honorable court after forwarding interrupted. Plaintiff becomes unable to responds to court record and orders or other dangerous mail to be able to defend her right and to maintain her clean record and identity.

The damages continuo from worse to worst due to corona virus crises at the time of need to my own assets, property and to secure medical insurance and other living necessities when nobody around during the retirement stages when new living necessities and services required more financial security and immediate fund. Therefore working hard for 35 years was to save these insured benefits, assets including _two single family homes_ one in NY and 2nd as luxury water front in Florida both awarded to former husband one to sell and 2nd to occupy with his girl friend. The new discovery to alter NY court record was due to false record and undisclosed false agreement by former husband and Islamic center board just discovered on 2018. Defendants, USPS action is direct emotional abuse which underestimated plaintiff's right to use mail service for good not for harm since 1996 which for (24), twenty four years. Receiving my mail is protection against any vital unknown wrongdoers / senders similar to recent discovery during forwarding see above for "Free way insurance". Taking my mail in such way is sever invasion has vital impact on my emotion, health and living condition. Plaintiff no longer can be in person every week to proceed with court procedures and rules for all pending cases as filed by notice of filling in honorable court _see App. (2, 3, and 4 of 8)_ 10---The 4 th DCA still close which where my both main cases pending for _(1)-modification of permanent periodic alimony ordered on 1997 which remained under previous last name only as a matter of law,_ see the two volumes record as titled with this case style to file this identity theft affidavit after this case and other cases impacted. Plaintiff's petition was filed on 12/14/2017 for modification of permanent periodic alimony and other financial matter including property. The appealed order bared former wife / respondent from filling any pleading till hiring lawyer plaintiff can't afford. And for _(2)-for new case after name change order on 2008 thus filed under both last names against both schools board public and private as_ filed under

plaintiff's both last names. Due to discovery new evidences and claims thus both schools board public and private schools in Islamic center with other new defendants involved with plaintiff's personal insured assets, retirement and marital assets including property because of former husband involvement in the Islamic center / none profit organization investment business including real states, pharmaceutical and medical. It was their false undisclosed agreement, unlawful secret trade during divorce on 1996 -1997 that altered NY court order as discovered on 2018. The schools board case pervious 1st case ever filed in US federal court Fort Lauderdale was on November, 2011 against public school board only for unlawful discrimination act on 04/28/2010. *Plaintiff's mailbox address is only address in all courts record since 1996 to support plaintiff's claims against defendants as follow:*

(a)   The school board with other defendants listed in new case pending in the 4 th DCA after new petition filed on 12/20/2020 to open it based on newly discover record and new claims against both schools board private and public. Trail court ignored plaintiff's request to assert plaintiff's correct name format to reflect her pleadings also to indicate all her former employers record in New York and Florida states including recent record for Master Degree and as Certified Science Teacher and Substitute Science Teacher and for other personal and marital assets including property which involved Islamic Center schools board *see sec. No. 2-exhibit B2, App. (4 of 8p.s.) . This incorrect court record from US court of appeal 11 th circuit when the complaint was filed in trail court has state and federal claims none of these claims moved rather all claims dismissed without standard hearing and under incorrect name format. Trial court order appealed to US 11 th Circuit due to federal claims including "Infringement" for plaintiff "short term for Science Education Standards Project" while the long term with connection with NASA" not yet disclose because it need specific protocol and contract see App. Exhibits B1-4(1,2 and 3 of 9p.s.) as dated 03/05/2015 as recent record on this long term.*

(b)   *The implementation for short term did apply after I provided full file and did seek qualified position and salary on Jan. 02, 2010 rather my file return after one month later unlawful termination was on April 28, 2010. Any curriculum takes*

_years for assessment and evaluation to claim the result. Therefore the discovery was after four years later when my colleague comes on national TV local channel to claim science education standards success. Thus my new case filed on 2016. Also the fraud which impacted plaintiff's insured assets discovered when I did apply for disability on 2016 on former husband's credit after the three hit and run on 2015 see pending new cases against schools board, insurance and other defendants thus all my claim was timely based on uncomprehending new discovery in educational field after I was unlawfully terminated and the case filed on November 2011 was dismissed without any hearing and under incorrect name format not reflected plaintiff's pleadings filed on US Federal Court Fort Lauderdale and when reached US Supreme Court successfully under its procedures and rules the record after consideration on the merit was returning back not file without reason or response from clerk on the following pleadings and notices.    Shortly and after dismissal without standard hearing nor present evidences the appealed order entered which not reflecting plaintiff's style case with pervious name "Ibrahim" format as deemed necessary._

_The recent new case against both schools board filed on 2016 was forwarded by the US 11 th Cir of appeal to be proceed in the 4 th DCA in my absent and during my waiting for US 11 th Cir. Court of appeal to list the style case and parties names because the decision not clear and indicated letter format without style case see App. B2-1 (1 and 2 of 10 p.s.) for two different names format and plaintiff's request dated 04/21/2017 (7p.s)- App. Exhibits B2-1(3 of 10 p.s.) . During this proceeding with US 11 th Cir the case was concluded in the 4 th DCA under the correct name format and in my absent and in appearance of two defendants who were defaulted by clerk of trail court, see App. Exhibit B2-2 the 4 th DCA order as indicated DFS / risk management and full name format with pervious last name to confirm the timely claim filed in DFS Leon County Tallahassee towards this assets and property._

(c )    _Appeal done in my absent as I was traveling to file complaint in Washington DC for no mail since April 2017 when same key can open same mailbox but nothing there and Coral Springs Fl, police was informed twice along with other authorities. This mail during this period never return and this matter filed to include this mail_

*to be return.* The defendants / Islamic schools board who involved in plaintiffs' marital assets and property were defaulted by clerk and plaintiff motions under *Fla. R. Civ. P. 1.500* was denied without hearing.  Both defaulted defendants appeared along with mitted party Department of Financial Services / Risk Management only in the 4 th DCA with correct name format listed in all the 4 th DCA record and order which was declined by trail court when plaintiff requested.

(d)     The recent notice of appeal on this same case filed *on July 14, 2020* after plaintiff's petition filed on 12/20/2019 to open this same case after was closed by trail court. Plaintiff new petition to open it due to discovery of new evidences and new claims deemed legally necessary also to solve the inconsistency between trial court and appellate court record see *notice of appeal attached with appealed order dated June 17, 2020, exhibit A7 [(3 p.s.).* The notice has brief history since forwarding the case by US 11 th Cir to the 4 th DCA which proceed in plaintiff absent and in present of omitted party / risk Management of Department of Financial Services as served based on DFS rules and where liquidations cases filed take place and plaintiff is only insured and policy holder who file timely claims with DFS which under previous name "Ibrahim" which ignored to be included by trail court in defendants pleadings and order then appeared only on the 4 th DCA.

(e)     The recent petition based on new discovery evidences and my immediate need to my insured benefits, retirement and SS benefits which need to be corrected by schools board. The SSA by phone informed that this wrong record must be corrected by my employer school board so another request by Florida Retirement System, FRS to be fixing by school board. The conclusion is plaintiff's full identity the profession record was misused in private full time schools which becomes affiliated with public school board thus the pressure and abuse become aggressive to prove I'm not even exist and / or plaintiff good fit under Packer Act by the board director of Al-Azaher Islamic full time schools. Plaintiff's request to Broward County school board ignored and stated verbally that: *"you work with us for two years as your name Nasra Arafat"* they refused to provide written response on my request and FRS notice. The period stated verbally is the only period since name change order

on 2008 ignoring full previous record since 2000/2001 school year also pervious
employers with Humana Health Care who did put this in writing then was fix it see
App. *Exhibit B1-6(1-9)*. Therefore asserting name format in new cases related to
personal and marital assts including property deemed legally necessary because
this record under only pervious last name {Ibrahim}.This same technique done by
defendant, public school board's lawyers which dismissed plaintiff's case for
unlawful discrimination filed on November 2011 in US District Court Fort
Lauderdale Fl, as was 1st case ever filed in federal court and dismissed without
hearing nor discovery under R. 26 under following case style:-

    Case No.  11-62525-  CIV -  DIMITROULEAS / SNOW
Nasra  M.  Arafat
(pervious married Ibrahim .
    Plaintiff,
    Vs.
School Board Broward County
(Broward County Public Schools)
    Respondent,

    Due to identity theft to my pervious and recent educational personal record
under both last names deemed legally necessary see plaintiff's BS degree on 1979
from Egypt; see the transcript evaluation notice by US authorities *App. Exhibit A1-
A2* also *other related educational record App. (5 of 8p.s.)Sec. -1-exhibits B1-1 to B1-5
as recent o Department of education dated March 18, 2015*. After my notice to school
board based on department of education shortly I was hit intentionally three times
in less than two months on 2015 see case style No. (6) Against all defendants
involved in same *App. (3 of 8p.s.).* This war started after I changed my last name to
"Arafat" and I earned my master degree to be independent and for better future for
myself and for all mankind after difficult time and repairing all damages after
divorce crises since final order 10/22/1997 in Broward County FL, which give full
authority to former husband to sell my home in NY which I rented before relocation
on 1996 to buy the new home in Florida as I research for it and other facts with
receipts for the down payment and other significant record all attached to new
petition filed on 12/14/2017 and the matter pending appeal in the 4 th DCA. This

new home was awarded unlawfully to former husband and court asked me to pay child support and leave even my five children because plaintiff's never give up these rights and when the permanent periodic alimony ordered by both NY and FL, courts the case still pending and supported by new discovery record just discover on 2018 which some back to 1996 court orders never disclose to former wife.

(f)   Therefore plaintiff started working two jobs for 14 consecutive years and earned my Master Degree for better and independent living but same defendants never left her alone and the acts becomes more aggressive every time I build new clean foundation to start all over again and after my five biological children brain washed against their own biological mother as 1997 order indicated to be unfairly. The NY court record was altered when I have full custody of my five children based on full descent care, education and excellent behavior now my innocent children paying high price while since these circumstances we no longer have family atmosphere as essential elements to raise healthy children, family and accordingly our societies we live in thus my education project for special need student was made as a mother and teacher with long years raising my children and from my observation in classroom to assist these unfortunate children who has different barrier and never their fault at this adolescent stages. Thus my project made although is not my subject area to solve many problems in education system.

11---the 2nd  pending case in the 4 th DCA on plaintiff as former wife/ respondent then appellant on her modification of her permanent periodic alimony _becomes an issue between both honorable courts family trail court and the 4 th DCA_ as follow: (a)-After appealed order bared former wife from filling any pleading till hiring lawyer she can't afford. The 4 th DCA  order asked appellant / former wife to seek temporary relief in trail family court and denied appellant's motion for temporary relief filed in the 4 th DCA by giving back the jurisdiction to trail court. Family Trail Court clerk refused to file the record prepared pursuant to family law and rules including approved Supreme Court family law forms with 4 th DCA orders.

(b)-Former wife obligated to file this record by notice of filling on 05/20/2019 in the 4 th DCA, See above Part - IV- Related Cases Record as reference section (b).

*(c) –Recent pleadings was former wife response on the 4 th DCA order dated Sep. 23,2019 which send by certified mail on March 31,2020 last phone contact that no any ruling on this pleading (32 p.s.).*

12---Plaintiff's mailbox at Coral Springs FL. payment made timely but still locked can't be open but in Orlando mailbox can be open even when no payment according to plaintiffs' Bank Statement as was set for automatic withdraw *see part -1-complaint-paragraph 1-exhibit A1.* Plaintiff never made any payment in any form and using ATM Card for same Chase Bank Checking account only for all other mail services based on dated receipts. Plaintiff stops completely to go to this location in Orlando when no answer why still opens till April, 2020 and no payment as was due on 03/25/2020. Defendants USPS actions in Orlando Fl. and in Coral Springs Fl. contradicted with one another but the same result for no response nor mail.

The newly discover evidences and new harm becomes overwhelming after three hit and run in less than two months on 2015. The USPS responses on plaintiff change address USPS forms under both last names after plaintiff suspected these address for misusing her personal information for this fraud and identity theft. The primary address was *the Islamic center* at 5455 NW 108 th Ave Sunrise FL, 33315, where her assets and property involved during divorce through false record and false undisclosed agreement which just conformed on 2018. Defendant, USPS response on change address which was before 2018 stated: *"because it is business address can't be done and only its administration can"* even if my mail delivering at this address. After plaintiff's name change order the Islamic center community where I was working part time and attending my religious services started to trespass her falsely under {Nasra Arafat} format at the new location open on 2008 with same facilities and additional full time schools. The trespassing and physical abuse started again on 2009 till impacted both jobs in public school and part time in

the same Islamic center see App. Two *exhibits B1-4 (8 of 9) before* full time Islamic school started and become affiliated with public school board under state law. 13---The reason now clears why plaintiff was tortured plaintiff from community on 1998 after divorce on 1997 and filed false complaint. Thus the1998 order entered to protect her right but same attack started again on 2009 after plaintiff was able to secure 14 years consecutive employment, have her certified science teacher, and earned master degree. Same attack become aggressive using their position and financial powers to swipe plaintiff's assess and to kill her on the road as we are here now to reach new condition for no mail and treated plaintiff as not exist.

The new discovery that the land for new center has three entities while 1/3 still land till now these entities belong to the board and members as investment assets included former husband at this Islamic centers who use trust fund during divorce through false record and undisclosed agreement as discovered on 2018.  The goal is to leave plaintiff without home, any assets or even mailbox service at the time of need at the age of retirements and no place to go after 35, thirty five years working and raising my five biological children here in United States of America.

## *Part -V-Standards Review*

These issues presented in all record provided related matters to organizations, communities within public and private sectors, state and federal agencies it doesn't means that plaintiff seeking change in this field rather she is seeking justice based on set of rules, guidelines, and law provisions set by these agencies and entities when some staff violated it to cause intentional harm based on their own perspective and by abusing their position and financial power against other specific people. Plaintiff has no any sort of political agenda and not looking to change anything nor have intention to get involve in political arena. plaintiff care enough about fair, reasonable justice, equal treatment and salary and to protect equal opportunity to work and to be respected under the humanity principles and the law provisions of these agencies thus she is seeking justice to restore her right. Defendants' unlawful action was significant catalyst to accelerate further delay and

to paralyze any plaintiff's consistent proceedings on bases of facts and evidences against fraud build on no bases but falsehood for intentional harmful impact to her career and her family. Plaintiff's evidences clear elements to eliminate any impurity caused by defendants as confirmed by newly discover record for fraud, identity theft and organized crimes. This address can't be changed to reflect another name format because it is already asserted in court and employments record since 1996 till now under plaintiff's both last names before and after name change order on 2008. Pervious and current delay prevented any relief and paralyzes any Humanitarian Relief plaintiffs disparately need it from her own assets and property which can be simply avoided by mail services as only option and venue to survive. With disregard to plaintiff extraordinary circumstances and unexpected hardship and difficulties and after significant loss including her employments, and after misplaced her and her five biological children by Florida 1997 order by altering NY court record and orders; Plaintiff has fully protected right to be treated equally, enjoy proper efficient service to send and to receive her mail. plaintiff has right for full access to her mailbox without any restriction or modification similar to all other people who enjoy same services and have access to their mailboxes in same location, same city, same our great country. Defendant ignored all effort to reach solution and enter the correct personal information in USPS system which suddenly changed immediately after discovery of plaintiff stolen assets including property when these car accidents weren't accidents it is intentional acts as plaintiff was target for immanent harm and it is God's miracle plaintiff survived see *App. ( 1 of 8p.s.) precede 2ⁿᵈ volumes.*

No mail for up to one year and no any effort to response nor to fix the matter not less than emotional abuse, disrespect, and underestimate to other people feeling, property loss, job loss, children loss, then now no mail? . This act is intentional discrimination acts against divorce; Muslim, women, a biological mother of five, a teacher and chemist spend (35), thirty five years in United States of America working, and raising her five children earning her higher education degree with assorted sacrifices and serving our communities in both public and private sectors.  Now at retirement age can't have even access to her mailbox and her entire

mail collecting unlawfully to be in the hand of USPS and / or wrongdoers hands address. These actions constitute justification of violation of federal and state law which has direct impact on any human begin capacity which can't be comprehended without God's help and mercy when time is vital element to survive, to be alive in order to bring this matter to justice to be prevented from happening again.

Therefore defendants liable for sever invasion to plaintiff's right required money damages.  Also any mail send by IRS as federal agencies justify fine to each piece of mail for $300.00, three hundreds dollar to be apply during the period since April, 2017 and again since April 2019 till present since the mailbox was locked.

Defendant caused intentional harm, damages and irreparable loss which punishable pursuant to Federal, State, law and USPS rules and Guidelines. The obligation to seek justice when these actions caused severe impact on plaintiff living and social condition which continuo because of her race as a Muslim, divorce, 63 years old woman belongs to minority group without relief from her own insured assets nor from any state or federal fund available for senior citizen through state and government agencies and entities as our great county made it to assist all mankind based on God guidance and humanity principles. These fund misused by some agencies who provided fabricated and false undisclosed record to prevent citizen his/her own insured benefits and their marital assets including property which violated *Title VI and the crime Control Act see App. 1 of 8p.s.)*. Plaintiff treated unfairly and unequal than all other customers who have access to their mail and proper service including useful direction to get their problem solve. On contrary to plaintiff treatment which ignored and neglected her urgent need which justify violation of *Equality Act 2010*. Defendants unlawful direct discrimination *because of plaintiff's race, religion belief, sex and age* by treating plaintiff differently from other people who has similar mailboxes to make the circumstances worse for no reason or response nor providing valid direction on plaintiff's requests to solve this matter. If this isn't the reason to such harmful actions then what is it to be fit?. There is no chance to accuse plaintiff with any wrong doing or say anything when plaintiff business is to get her mail from mailbox as an object without any communication

since 1996 from USPS building in 24 hours open area. This Fraud and identity theft operated between all defendants and SSA, IRS including Plaintiff's Banks consistent with defendants, USPS actions to cover up this fraud. This  proceeded with full linked with plaintiff's insured and stolen property address as confirmed by new discovery evidences on 2018.2019, and 2020. These new evidences will presented in this honorable which was reason why plaintiff was target for immanent harm on 2015 by three hit and run in less than two months and other unlawful acts at these addresses.

Plaintiff never asserted any other address to be her mailing address and informed any new place with matter, business, insurance or incident that where she live is not stable address and must use her mailing address including motor vehicle thus this the one and only mailing address listed in her car registration.

The first main address since this fraud operations and abuse plaintiff's personal information, SSN and her Bank account started by the primary parties listed in related cases along with former husband at these two locations for Islamic centers at (1)_5455 NW 108 th Ave Sunrise FL, 33351 and (2) Al –Azhare Islamic school 7201 W. McNab rd. Tamarac FL.33321_ where plaintiff's marital and insured assets including property involved and USPS still delivering mail to these address under her correct name format after plaintiff was tortured under another name format after name change order on 2008. These two different locations were under one main board and one building since year of 1996. Both defendants have new cases and one pervious case on 1998 before former wife's last name change on 10/08/2008.

The 1998 case and both new cases listed as related cases see _App. (2,3 & 4 of 8p.s.) case No. (1)_ When the board tortured plaintiff, the former wife / respondent on 1998 after final divorce on 1997 at one old building which sold later. The same main board moved to new different locations as listed above and more schools. The 1998 order entered to protect former wife's right when their complaint was filed to get her off the community has no bases of fact rather former wife was physically attacked at the door during preventing her and her minor children from entering

the old building after their false information to assist former husband against mother to have supervise visitation to her children as was denied see order _dated 06/20/1997 App. Exhibit B5-1( 6 of 6_ p.s.). Medical record filed again on 2019 after clerk stated is not exist / destroyed.

Same abuse started again after former wife earned her Master degree and maintain two jobs for consecutive 14 years till recent attacks and unlawful discrimination after both board public and private Islamic full time schools become under state law. We are here now without simple right has vital harm and plaintiff has no any safe secure place to live and to be use as permanent address.

## _Part-VI-Conclusion and the Relief Plaintiff Respectfully Seeking_

_I certifies under oath that I'm none lawyer the Plaintiff who prepared and files this complaint that: I'm never give any sort of consent to defendants, other individual, agency public or private, lawyer to make changes of her mail delivery or use her name in any format at any other address._

_Plaintiff not aware about any legal record, issue, order  by any way nor under any circumstances to give right, consent, or any sort of agreement to hold, change, modify and / or control plaintiff's mail. Plaintiff never lives at any place for living funding by any source or this place under any legal jurisdiction operated by private, public or government sector._

_Plaintiff mailbox sinec1996 for her personal individual mail till present and never use any other mailing address nor filed any form or notice of change this address in court._

Plaintiff can't survive without having full access to her mailbox and proper postal services for sending and receiving her mail. Defendants action violated federal and state law and liable for plaintiff damages, unlivable living condition, and caused delay for any relief including plaintiff need for medical services which caused life changing injuries.

Plaintiff respectfully not seeking for punishment to anybody rather she asking to get what she work hard for it during her entire life for 35 years at the time of need to her investment assets to secure home, medical insurance and all other living necessities at age of retirement and then nobody around; securing safe livable home to be residence address instead of mailbox.

*Therefore respectfully plaintiff seeking following relief:*

(a)-immediate access to plaintiff's mailbox located at 8801 W. Atlantic Blv. Coral Springs Florida which plaintiff have since 1996 as indicated in court, employments record and all other record since till present.

(b)-return plaintiff mail in defendants positions at both location in Orlando Central Florida and in Coral Springs Broward County Fl since April 2019 till now and during the period since April 2017 till August 2017. Plaintiff respectfully requesting disclosures for the addresses where her personal information used for delivering mail to these address; which declined by USPS who stated: " only administration of these address can change these address" even if the mail and stolen property belongs to plaintiff by misusing her information and social security number, SSN .

(c)-Plaintiff seeking money damages for $250,000.00, two hundred fifty thousand dollar.

(d)-Disclose any mail address, record, application, USPS forms used between the defendants, USPS and the two Islamic Centers locations address listed above as none profit organization where plaintiff insured assets and property involved during divorce and other activities for investment business using plaintiff's personal information and her SSN; also through undisclosed false agreement and trust fund and listed under three names entities at *IFSF 5455 NW 108 th Ave Sunrise FL, 33351* and at *Al Azhar Schools at 7201 W. McNab Rd, Tamarac Fl, 33321.*

(e)-money damages equal to what plaintiff should receive from social security insured benefits for $4,200.00 four thousand two hundred dollars since her eligibility at the time she reach 62 year old on March 09, 2019 till present which consistent with the time to locked any access to her mail since April 2019 till now.

(f)-money damages equal to tax payroll check as $3,200.00, three thousand two hundred dollars a month since the date of filling the new IRS 1040 forms within new Calculation for tax year Dec.31, 2019 as send by certified mail on April 14,2020. Additional fund based on form 8888 for corona virus relief / stimulus fund for $1,200.00 one thousand two hundred dollars after the direct deposit was failed as explained in plaintiff's notice to IRS because the Bank need different RTN from the RTN plaintiff used as printed in her personal check which for under account to be use for money laundry under plaintiff's personal information and to swipe any assets. Also these agencies including SSA informed to use mail services only.

(g)-on each piece of mail send by IRS to plaintiff's mailing address as listed in all IRS forms and record there is $300.00, three hundred dollar fine as asserted in IRS envelope; the total will be determined based on USPS disclosures to these items.

### *Part -VII- Certification under R. 11 (a)(b)*

I'm the plaintiff none lawyer, I certify that this complaint content files in this honorable court is correct and true based on the best of my knowledge and according to all record and evidences in my positions; furthermore I believe is formed after reasonable inquiry and reasonable legal research based on circumstances and is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

10 – 07 – 2020

Plaintiff none lawyer
Nasra M. Arafat (Ibrahim)
P.O.BOX 772177
Coral Springs FL, 33077

I, full legal name Nasra M. Arafat(Ibrahim) none lawyer plaintiff at P.O. Box 772177Coral Springs FL,33077, helped herself to prepare and file her documents.

**NASRA MOUSTAFA ARAFAT**
PO BOX 772177
CORAL SPRINGS, FL 33077-2177

6848
9-32/720

DATE 9-25-2019

PAY TO THE
ORDER OF U.S. postal servies          $ 46.00

Fourty Six Dollars                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR six (6) Months
MEMO Rent P.O. Box #692117          9-25-2019
1st Time Pay during my visit to orlando

⑆072000326⑆

ENDORSE HERE

For Deposit Only
Chase FirmE 116939 UnitID: 0817
GRAND LAKE
ORCHID ORE/AFTER MOBILE OR REMOTE DEPOSIT
SERIES DATE: 12
DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
$46.00

The security features listed below, as well as those
not listed, exceed industry guidelines.
Security Features:
• Results of document alteration
• WPC Border Line
• Chemical Sensitive Paper
• Absence of Original Document
• Verbiage on back of check

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

A1 (192)

*Orlando*

SAND LAKE
10450 TURKEY LAKE RD
ORLANDO, FL 32819-9998
116939-0817
(800)275-8777
09/25/2019 02:37 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| 6-MO Box | | | $46.00 |

(Box ZIP Code:32869)
(Box Number:692417)
(Box Size:Size 1 - 3 in x 5.5 in)
(Rental Period:Semi-Annual)
(Rental Start Date:09/25/2019)
(Next Renewal Date:03/31/2020)

| Key Fee | | | $0.00 |
|---------|--|--|-------|

(Keys Delivered:2)

| Key Deposit | | | $0.00 |
|---------|--|--|-------|

(Key Count:2)
(Key Number:X2093)

------------------------------------------
Total:                                   $46.00
------------------------------------------

------------------------------------------
Personal/Bus Check                       $46.00
------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

United States Postal Service
NOW HIRING numerous locations
$16.00 - $17.78 per hour
depending on position
Apply online at www.usps.com/careers
Search by state  -
AL/AR/TX/GA/FL/LA/MS/OK
Must apply separately for each
position desired
Check daily for new opportunities

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5327-0058-002-00053-39589-01

or scan this code with
your mobile device:



or call 1-800-410-7420.

A1 (2/2)

A(2)

AH-(2)

Deputy Clerk

County Administrator

I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this _____ day _____.

Florida Supreme Court Approved Family Law Form 12.982(d), Final Judgment of Change of Name (Adult) (09/00)

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA

Division: Family

Case No. 08-111 40

IN RE: THE NAME CHANGE OF

_____,
Petitioner.

**FINAL JUDGMENT OF CHANGE OF NAME (ADULT)**

This cause came before the Court on {date} _____, 2008 _____ for a hearing on Petition for Change of Name (Adult) under section 68.07, Florida Statutes, and it appearing to the Court that:

- Petitioner is a bona fide resident of _____ County, Florida;

2. Petitioner's request is not in any way ...

3. granting this petition will not in any manner invade the property rights of others, or for any patent, good will, privacy, trademark, or otherwise; it is

ORDERED that Petitioner's present name, Naasir Muhammad Artist, is changed to _____

Petitioner shall hereafter be known.

OCT 2 1008

_____
CIRCUIT JUDGE

COPIES TO:
Petitioner

Detail COA Information

Detail COA Information

Restricted Information ?

USPS UNITED STATES POSTAL SERVICE

Home Logout

?

Back New Search

**Current COA Information (PAD)**

Exclude COA

?

| | | | | | | |
|---|---|---|---|---|---|---|
| **Move Type:** FT | **Request:** Modified | **Effective Date:** 10/01/2019 | **Orig Trans:** 1927923740030550 | **Created On:** 10/08/2019 | | **Primary:** IBRA177 |
| | | **Temporary Date:** 03/25/2020 | **Mod Trans:** 1928190010247840 | **Last Update:** 10/08/2019 | | |

**Name:** IBRAHIM NASRA M
**Old Addr:** PO BOX 772177; CORAL SPRINGS FL 33077-2177-77
**New Addr:** PO BOX 692417; ORLANDO FL 32869-2417-17

**Old CRID:** B020
**New CRID:** B021

**Label Print:** ☐ 3982  ☐ Old Addr  ☐ New Addr    Schedule for Print

---

**COARS History Record 1**

**Move Type:** FT
**Request:** Modified
**Change ZIP Reason:** Correction
**Effective Date:** 10/01/2019
**Orig Trans:** 1927923740030550
**Created On:** 10/08/2019 22:49
**Status:** Active
**Last modified by:** UCOA
**Machine ID:** 2374
**Name:** IBRAHIM NASRA M
**Old CRID:** B020
**Old Address:** PO BOX 772177 CORAL SPRINGS FL 33077-2177-77
**New CRID:** B021
**New Address:** PO BOX 692417 ORLANDO FL 32869-2417-17

**Primary:** IBRA177
**Maint. Function:** Modified
**Temporary Date:** 03/25/2020
**Mod Trans:** 1928190010247840
**Last Update:** 10/08/2019

*No Image Available*

*handwritten:* My Image for [I.D] it should be in file since 1996 Also update last name by name change order 10/10/2008 Done Trial with full Reservation to get My mail under both last Name previous + Current for (Ibrahim + Arafat) please see My Notices

# Also, I give My Current including My U.S. Passport after I renew on Nov. 12, 2019

---

**COARS History Record 2**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Move Type:** FT | **Request:** Added | **Effective Date:** 10/01/2019 | **Orig Trans:** 1927923740030550 | **Created:** 10/08/2019 22:49 | | **Primary:** IBRA177 |
| | | **Temporary Date:** 03/25/2020 | | **Updated:** 10/08/2019 | | |
| **Status:** Active | **Last modified by:** A427 | **Machine ID:** 2874 | | | | |

**Name:** IBRAHIM NASRA M
**Old Addr:** PO BOX 772177; POMPANO BEACH FL 33077-2177-77       **Old CRID:** B020
**New Addr:** PO BOX 692417; ORLANDO FL 32869-2417-17            **New CRID:** B021

Copyright© 2002-2020, Siemens. All Rights Reserved (V8.0.0) COARSWEB5P
01/29/2020 03:53:53 PM

*handwritten:*
① I need to know More about [Request: Modified] listed above and why? who requested?
② why I have No mail for up one Month Now in My Temporary mail 692417 Orlando Fl. 32869 while forward was successful Then My mail interrupt since Dec. 2019 to this current state for No mail?

4/15/2020

A3

```
ATLANTIC
8801 W ATLANTIC BLVD
CORAL SPRINGS, FL 33071-9998
117636-0495
(800)275-8777
10/30/2019 02:00 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Box Renewal | | | $46.00 |
| (Zip Code:33077) | | | |
| (Box #:772177) | | | |
| (Box Size:Size 1 - 3 in x 5.5 in) | | | |
| (Renewal Period:Semi Annual) | | | |
| (Renewal Start Date:11/01/2019) | | | |
| (Next Renewal Date:04/30/2020) | | | |
| (Customer Name:NASRA ARAFAT) | | | |

| Total: | $46.00 |
|---|---|

| Cash | $50.00 |
|---|---|
| Change | ($4.00) |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5350-0037-001-00049-31187-01

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS



Receipt #: 840-53900037-1-4931187-1
Clerk: 46

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 10/14/2019 4:30:00 PM.****

Divorce +

Some Real

## LETTER RETURNED FROM POST OFFICE

Case No: CACE-98-006789

Alazhar Americans Sch For Isl
    Plaintiff

vs.

Nasra Ibrehim, et al
    Defendant

**Contents: (Please make a selection)**

( ) Notice of Hearing

( ) Final Judgment

( ) Certificate of Disbursements

( ) Certificate of Title

( ) Certificate of Sale

(X) Other: ORDER OF RECUSAL /
    DISQUALIFICATION

**Reason for Return (Please make a s**

( ) Vacant (unable to forward)

( ) Not Deliverable as addressed
    (unable to forward)

( ) Attempted (not known unable to

( ) Insufficient Address (unable to

(X) Other: TEMPORARILY AWA

Cecilia/Stats

BRENDA D. FORMAN
CLERK OF CIRCUIT AND COUNTY COURT
BROWARD COUNTY JUDICIAL COMPLEX
WEST BUILDING
CIRCUIT CIVIL DIVISION, ROOM 4130
201 SOUTHEAST 6TH STREET
FORT LAUDERDALE, FLORIDA 33301

RETURN SERVICE REQUESTED

RECEIVED OCT 14 2019

Nasra Ibrehim
P.O. Box 772177
Coral Springs, FL 33077

As involvment in My Divorce
[1996~1997] as Final deb
entered on 10-22-1997 based on
false undisclose agreement
Just Discover on 2018

A5

-A5-

**UNITED STATES POSTAL SERVICE**

**Sorry we missed you while you were out.**

Date: 2/B

The item was sent by:

It was sent to:

At this address: 692417

**About the missed delivery:**

It was a:

_____ Package   _____ Letter   ✓ Large envelope

Available for pickup after:

Date:

This is the:

☐ First attempt   ☐ Final notice

We'll hold on to it until:

For redelivery, scan the QR code or go to *usps.com/redelivery* and enter the barcode number shown below.

**5293 0595 8666 2976**

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_____ for:

_____ Postage due   _____ Customs

☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☐ Signature required (Adult Signature items-must be 21+ years old)

☐ Other:

*Please see reverse for redelivery or pickup options.*
PS Form 3849, April 2018

*Handwritten annotations:*

① No year on it shoo 2020 as was faud in my Box

② Form incomplete ~.~ 2/14/202

③ Is Covid

the mailor know who the is sender with sender info then usps also as it should to be fill form not complete A6 (142)

**Choose one option for redelivery or pickup.**

1. Go online to *USPS.com/redelivery*

2. Let your carrier know when and where you'd like them
   to leave the item, then leave this form in your mailbox.
   *(Sorry, not an option for Restricted Delivery or Adult Signature items)*

   Please redeliver on this date:_____ and leave
   at (check one):
   ☐ Front door  ☐ Back door  ☐ Porch  ☐ Garage

   ☐ Other:_____

3. Go to your local Post Office™, located at:
   **SANDLAKE BRANCH  32819/21/36/69**
   **10450 TURKEY LAKE RD**
   **ORLANDO, FL  32819**
   **M - F 8:00AM-7:00PM, SAT, 9:00AM-5:00PM**

4. Sign up to manage your redeliveries at *informeddelivery.com*

5. Send someone to serve as your representative to pick it up
   for you at your local Post Office. Sign below and provide the
   name of the person you want to pickup the item.

   Addressee signature:_____

   Name of representative:_____

6. Call us at 800-ASK-USPS (800-275-8777).

| Delivery Section | |
|---|---|
| Signature<br>X | |
| Printed<br>Name | |
| Delivery<br>Address | |

**USPS**

5293 0595 8666 2976

We R⁸ Deliver for You!

PS Form 3849, April 2018 (Reverse)

**UNITED STATES POSTAL SERVICE®**

A6 (2/2)

JUL 1 4 2020

BRENDA D. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

In The 17th Judicial Circuit Court and County Court Broward County Florida

Nasra  M.  Arafat  (Ibrahim)
      <u>Plaintiff</u>,
Vs.
Broward County Schools Board of (Public and Islamic Private),
Board Of Commissioner And The City of Sunrise Broward County
      <u>Defendants</u>,
_____/

Case No.  CACE-16-14012(09)
Honorable / Levenson, Jeffery
Civil Room # 16165

## Plaintiff's Notice of Appeal

Plaintiff files this notice to  Appellate Court Fourth District West Palm Beach Fl., from the trail
court order / notice dated June 17, 2020 as attached. The honorable judge's notice stated: this
case shall remain close. This appeal files pursuant to *App. R. Civ. P. 9.030, 9.110, and 9.130*

    *<u>The nature of the case and its order as none final order and why appeal files as follow:</u>*
1- The honorable judge order not reflected the correct style case and its party defendant'
   name which crucial elements to be consider due to last name change order dated
   10/08/2008 which led to newly discovery record for fraud, identity theft and organized
   crimes to impact plaintiff's insured benefits, personal and marital assets including
   intellectual and community property. These assets and right some listed under previous
   last name before 2008 thus new cases only company both last names as asserted in this
   case above and all plaintiff's new cases *which not indicated in appealed notice / order.*
2- *<u>The 4 th DCA was previously involved in this case under appeal case No. 4D17-0830.</u>*
3- Honorable 4 th DCA previous record asserted plaintiff's correct name format which
   contradicted with trail court orders including this appealed order.  Thus the 4th DCA style
   case not consistent with defendant's pleadings and trail court orders rather it is with
   plaintiff's record while plaintiff request due to discovery of fraud and identity theft was
   ignored. Two of defendants / school board Islamic centers defaulted by trail court later
   they appeared in 4 th DCA with omitted party / DFS, Risk Management. Pervious appeal
   done in plaintiff absent as was filed originally in US11 th Circuit court of appeal Atlanta.
4- Recent pleading was plaintiff / appellant motion to intervene the 4 th DCA because trail
   court filed plaintiff's petition to re –open this case but refused to issue summons due to
   new claims based on newly discovery evidences. Thus plaintiff obligated to serve
   defendants by certified mail and filed prove of services / original receipts by notice of
   filling and amended the service as all filed on 05/13/2020. This alternative service after
   the 4 th DCA denied appellant request to intervene to solve the summons issue due to
   time limitation and to comply with the rules for new claims and new evidences.
5- On June 17, 2020 appealed order entered as reflected inconsistent style case and parties'
   names not reflecting plaintiff's record or pervious 4 DCA records which deemed legally
   necessary due to fraud and identity theft; also to protect plaintiff's rights, assets, insured
   benefits, retirements intellectual and community properties as pending in 4th DCA.
   *<u>Respectfully consider the</u> following as important <u>notice that</u>*:" without relief from the new

A 7 (1/3)

case against USPS and from other pending cases including modification of permanent periodic alimony there will be no timely response or communication and compliance with court procedures, rules and conduct hearing on time due to inability to secure resident home, medical insurance or internet to be use instead due to following facts for excusable reasons /evidence filed in new case after the damages reach the one and only mailing address while my home and permanent periodic alimony pending in 4 DCA as follow:

A- The _new case against USPS local office where plaintiff's mailbox located since 1996. This new case record including civil form for determination of indigence status, notarized complaint and notarized urgent injunctive relief to have access to my only mailing address as all prepared, signed and dated as May 06,2020 plus other record and direction to clerk all dropped off in court on May 07,2020 based on clerk's direction while court was closed. I obligated to prepared again all same record with new notarization date as June 30, 2020 because the court's security and clerk informed in person on 06/25/2020 after phone contact failed that: this new case record is missing. I obligated to prepare all record again with new date as 06/30/2020 which filed on same day within severe hardship and other difficulties_ as reflecting case NO. 20-0010556 (12) which can be review along with new facts and evidences as related to all pending cases in both courts.

B- The recent civil application for indigence status was approved in the above new case against USPS local office where plaintiff the one and only mailing address was blocked and forwarding through new mailbox was interrupted and no longer in effect; also no any other way or address to receive any mail without an access to my only mailing address since 1996 or / and secure stable residence / home from my own assets not from government at age of 63 years old at time of need.

<u>Certificate of Service</u>

I CERTIFY that this notice of appeal send  by mail _on July 14,2020_:- Joni Armstrong Coffey Board of commissioner at 115 S. Andrew Ave Suite # 423 Fort Lauderdale Fl, 33301, to public school district at 600 SE 3rd Ave Fort Lauderdale FL, 33301 and its former lawyer  / Michael Burke for school board Broward county, W. Hampton Johnson IV, Daniel J. DaiMatteo& Anselmo, at 2455 E. Sunrise Blv. Ste. # 1000 Fort Lauderdale Fl, 33304, and to the City of Sunrise as the same address and counsel for school board Broward county, and to the Islamic center school board at same address 5455 NW 108 th Ave Sunrise Fl, 33351, separately to each school Board for Salah Twefik Middle and Elementary Schools (STEMS) and to school board of School Of Islamic Study Broward "SISB" and to _Department Of Financial Services, DFS division of risk management at 200 E. Gaines Street Tallahassee Fl, 32399-0338._

07-14-2020

Plaintiff, appellant, Nasra M. Arafat (Ibrahim)
P.O.BOX 772177
Coral Springs FL, 33077

I, full legal name <u>Nasra  M. Arafat (Ibrahim)</u> none lawyer at <u>P.O. Box 772177 Coral Springs FL,33077,</u>helped self as plaintiff to prepare& file all her legal documents.

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 6/17/2020 4:30:00 PM.****

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

NASRA M. ARAFAT,
      **Plaintiff,**

v.

CASE NO.: CACE16014012 (09)

BROWARD COUNTY SCHOOL BOARD
et al.
      **Defendants.**

JUDGE:  Levenson

FILED
JUN 1 7 2020
BY: _Rachel_

## NOTICE OF FILING

**THIS COURT** hereby notices the filing of correspondence received

June 17 2020, a copy of which is attached hereto.  This case shall remain closed.

Dated this **17** day of June, 2020.

JEFFREY R. LEVENSON
CIRCUIT JUDGE

**Copies furnished to:**
**Nasra Arafat, pro se**
**School Board of Broward County**

A 7 (3 13 )